THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Timothy Jamal
 Steward, Appellant.
 
 
 

Appeal From Dorchester County
 Steven H. John, Circuit Court Judge
Unpublished Opinion No. 2007-UP-478   

Submitted October 1, 2007  Filed October
 12, 2007    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant
 Attorney General Henry Dargan McMaster; Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM: 
 Appellant Timothy Jamal Steward was
 convicted for child abuse/ infliction of great bodily harm upon a child and
 assault and battery of a high and aggravated nature.  The trial court sentenced
 Steward to 20 years for child abuse and 10 years for ABHAN, with the sentences
 concurrent.  Stewards counsel
 attached to the brief a petition to be relieved as counsel, stating that she
 had reviewed the record and concluded this appeal lacks merit.  Steward filed a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.